IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BYRD'S NEST SPORTS BAR & GRILL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:17cv506-MHT (WO) |
| SYSCO CENTRAL ALABAMA, INC. and SYSCO CORPORATION, | ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of defendants' unopposed motion to dismiss without prejudice (doc. no. 1), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of August, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**